IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LARRY PICHON and <br> PATRICIA PICHON, <br><br> Plaintiffs, <br><br> v. <br><br> ABDIWALD M. ISSE and <br> PRIME TRANSPORT, LLC, <br><br> Defendants. | Case No.: 1:22-cv-197 |

## NOTICE OF REMOVAL

NOW COMES the Defendants, Abdiwald M. Isse and Prime Transport, LLC, by and through their attorneys, Jamie S. Lane and Michael V. Sherman of SmithAmundsen, LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this action to the United States District Court for the Northern District of Indiana, Fort Wayne Division, and in support thereof, state as follows:

1.  This matter arises from an alleged June 17, 2020 incident on US Highway 20 W in LaGrange County, State of Indiana. (*See* Plaintiffs' Complaint for Damages, attached as Exhibit A). Plaintiffs, Larry Pichon and Patricia Pichon, allege that they "sustained severe and permanent injuries to their persons resulting from the collision and they have incurred medical expenses, pain and suffering, and loss of income and will incur additional medical expenses, pain and suffer, and lost of income in the future." (Ex. A, ¶ 15). Plaintiffs further allege that each of them has "sustained the loss and consortium and the services of [each other] in their martial relationship, as well as the loss of [each other's] services to their household." (Ex. A, ¶¶16-17).

1

2. On April 21, 2022, the Plaintiffs filed a Complaint in the Circuit Court of LaGrange County, Indiana bearing Cause No. 44C01-2204-CT-000007.

3. Defendants, Abdiwald M. Isse and Prime Transport, LLC, seek to remove this matter based upon subject matter jurisdiction conferred by diversity of citizenship and amount in controversy as established in 28 U.S.C. § 1332.

4. Shown below, diversity of citizenship exists, the Defendants assert a good faith basis that the amount in controversy exceeds $75,000.00, and Removal is timely.

## ARGUMENT

**Diversity of Citizenship Exists**

5. Plaintiffs, Larry Pichon and Patricia Pichon, are currently and were at the time of the subject incident domiciled, citizens and residents of the State of Indiana.

6. At the time of the subject accident, and at the time the Complaint was filed in the Circuit Court of LaGrange County, and at the present time, Defendant Abdiwald M. Isse was and is a citizen of the State of Ohio.

7. At the time of the subject accident, and at the time the Complaint was filed in the Circuit Court of LaGrange County, and at the present time, Defendant Prime Transport, LLC, was and is a citizen of the State of Ohio. The United States Supreme Court determined that a corporation is a citizen of both (1) every state where it is incorporated, and (2) the state where it has its principal place of business. *See Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

8. At the time of the subject accident, and at the time the Complaint was filed in the Circuit Court of LaGrange County, and at the present time, Defendant Prime Transport, LLC, was and is incorporated in the State of Ohio.

9. The United States Supreme Court stated that a corporation's principal place of business is determined by the "nerve center" test. The Court explained that: … the place where a corporation's officers direct, control, and coordinate the corporation's activities. It is the . . . corporation's nerve center. And in practice it should normally be the place where the corporation maintains its headquarters – provided that the headquarters is the actual center of direction, control, and coordination, i.e., the nerve center, and not simply an office where the corporation holds its board meetings (for example, attended by directors and officers who have traveled there for the occasion). *Hertz Corp.*, 559 U.S. at 92-93. At the time of the alleged subject occurrence, at the time the Complaint was filed in the Circuit Court of LaGrange County, and at the present time, Defendant, Prime Transport, LLC, maintained its principal place of business in Columbus, Ohio.

10. Thus, Prime Transport, LLC, meets both prongs of citizenship laid out by the United States Supreme Court and is deemed a citizen of the State of Ohio.

11. Diversity of citizenship exists between Plaintiffs and Defendants.

**The Amount in Controversy Exceeds $75,000.00**

12. Plaintiffs allege that they sustained severe and permanent injuries to their persons as a result of the subject accident and will continue to incur medical expenses and treatment.

13. Plaintiff, through counsel, has indicated that the damages being sought, including medical damages such as a broken neck, a spinal fracture, an extended hospitalization and subsequent inpatient rehabilitation facility stay, are in excess of $75,000.00.

**Removal Is Timely Filed**

14. The Notice of Removal was filed within thirty (30) days of "the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

15. Plaintiffs filed their Complaint on April 21, 2022.

16. Service was achieved on Defendants, Abdiwald M. Isse and Prime Transport, LLC, on or about May 9, 2022.

17. As established in the Notice, Defendants have properly filed their Notice of Removal within the applicable thirty-day period. The time period set forth in § 1446 is mandatory and should be strictly construed. *Northern Illinois Gas Co. v. Airco Industrial Gases*, 676 F.2d 270 (7th Cir. 1982). Defendants have complied with this thirty-day deadline. Therefore, Defendants' Notice of Removal is Timely.

18. As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon Plaintiff's counsel and file with the Circuit Court of LaGrange County a true and correct copy of this Notice.

19. As required by 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Defendant in this action is attached hereto. (*See* Ex. A).

20. By removing this action, Defendants do not waive any defenses available to them.

21. If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

22. This Notice is signed and submitted in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, Abdiwald M. Isse and Prime Transport, LLC, by and through its attorneys, Jamie S. Lane and Michael V. Sherman of SmithAmundsen LLC, pray that this Honorable Court retain jurisdiction of this matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Movant further prays should this Court require hearing that it be afforded the opportunity to present

a brief and oral argument in support of its position. Defendant prays for further and other relief as this Court deems proper and just.

                                          Respectfully submitted,

By:      */s/ Michael V. Sherman*
           Michael V. Sherman – Bar Number 36400-49
           SmithAmundsen LLC
           201 North Illinois Street, Suite 1400
           Capital Center, South Tower
           Indianapolis, Indiana 46204
           Phone: (317) 464-4116
           Fax:    (317) 464-4117
           msherman@smithamundsen.com

           Jamie S. Lane
           SmithAmundsen LLC
           150 North Michigan Avenue, Suite 3300
           Chicago, Illinois 60601
           (312) 894-3200
           jlane@smithamundsen.com

           *Attorneys for Abdiwald M. Isse and Prime Transport, LLC*

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| LARRY PICHON and ) <br> PATRICIA PICHON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ABDIWALD M. ISSE and ) <br> PRIME TRANSPORT, LLC, ) <br> ) <br> Defendants. ) | Case No.: 1:22-cv-197 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 7th day of June, 2022, they served a copy of **Notice of Removal** on:

Rodney V. Taylor
CHRISTOPHER & TAYLOR
1219 N. Delaware Street
Indianapolis, Indiana 46202
rodtaylor@abatelegal.com

via e-mail and first class mail by depositing same into an envelope properly sealed and with proper postage prepaid, into the U.S. Mail at 201 North Illinois Street, Indianapolis, Indiana, before 5:00 p.m. on the 7th day of June, 2022.

[x]  Pursuant to 28 U.S.C. Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.
Executed on: June 7th, 2022
*/s/ Michael V. Sherman*
Michael V. Sherman
SmithAmundsen LLC
201 North Illinois Street, Suite 1400
Capital Center, South Tower
Indianapolis, Indiana 46204
Phone: (317) 464-4116
Fax:    (317) 464-4117
msherman@smithamundsen.com

        Jamie S. Lane
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
jlane@smithamundsen.com


*Attorneys for Abdiwald M. Isse and Prime Transport, LLC*