44C01-2204-CT-000007    Filed: 4/21/2022 10:46 AM
Clerk
LaGrange Circuit Court    LaGrange County, Indiana

USDC IN/ND case 1:22-cv-00197 document 1-1 filed 06/07/22 page 1 of 4

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE CIRCUIT COURT LAGRANGE COUNTY** |
| | ) SS: | |
| **COUNTY OF LAGRANGE** | ) | **CAUSE NO.** |
| | | |
| **LARRY PICHON and** | ) | |
| **PATRICIA PICHON** | ) | |
|     **Plaintiffs,** | ) | |
|   vs. | ) | |
| | ) | |
| **ABDIWALD M ISSE and,** | ) | |
| **PRIME TRANSPORT, LLC** | ) | |
|     **Defendants** | ) | |

## COMPLAINT FOR DAMAGES

COME NOW Plaintiffs Larry Pichon and Patricia Pichon, by counsel, and for their cause of action against Defendants Abdiwald M Isse and Prime Transport, LLC alleges and says:

1. Plaintiffs are residents of Howe, LaGrange County, Indiana.

2. Defendant Abdiwald M Isse is a resident of Columbus, Franklin County, Ohio.

3. Defendant Prime Transport, LLC is a business entity located in Columbus, Franklin County, Ohio and is doing business in the Indiana.

4. On or about Wednesday, June 17, 2020, at approximately 12:23 p.m., in Springfield Township, LaGrange County, Indiana, Plaintiffs Larry Pichon and Patricia Pichon were involved in a vehicular collision caused by the actions of Defendant Abdiwald M Isee which resulted in injuries to the Plaintiffs.

5. Defendant Isee was driving a 2016 Freightliner TR CC westbound on US Highway 20 W in Springfield Township, LaGrange County, Indiana. Said vehicle was registered to Prime Transport, LLC.

6. At the time of the collision, Defendant Isee was acting within the scope and course of his employment with Defendant Prime Transport, LLC.

**Exhibit A**

7. At the same time, Plaintiffs Larry Pichon and Patricia Pichon were traveling westbound on US Highway 20 W in Springfield Township. LaGrange County, Indiana, approaching the intersection of CR 925 E, Springfield Township, LaGrange County, Indiana.

8. At said time and place, US Highway 20 W is a two (2) lane highway with one (1) lane northbound and one (1) lane southbound.

9. At said time and place, the Plaintiffs were in the process of preparing to turn southbound on CR 925 E with their flashing turn signal on indicating their intention to make the left turn.

10. At said time and place, Defendant Isee was traveling westbound on US Highway 20 W, traveling behind Plaintiffs. As Plaintiffs were in the process of turning left, Defendant Isee attempted to pass Plaintiffs at the intersection striking the Plaintiff's vehicle resulting in forcing the Plaintiffs' vehicle off the road and into a ditch adjoining US Highway 20 W and CR 925 E.

11. Defendant Isee failed to maintain a proper outlook for traffic and failed to control and manage his vehicle to avoid causing injuries and damage to others on the highway,

12. Defendant Isee failed to maintain a proper and reasonable distance for other vehicles on the highway to avoid causing injuries and damage to others on the highway.

13. Defendant Isee failed to comply with Indiana Statute IC 9-21-8-18 by passing Plaintiffs vehicle on the left within one hundred (100) feet of the intersection of CR 925 E and US Highway 20 W, causing injuries and damage to the Plaintiffs.

14. As the employer of Defendant Isee, Defendant Prime Transport, LLC is vicariously liable for the actions of their employee.

15. As a direct and proximate result of the Defendant's negligence, Plaintiffs sustained severe and permanent injuries to their persons resulting from the collision and they have incurred medical expenses, pain and suffering, and loss of income and will incur additional medical expenses, pain and suffering, and loss of income in the future.

16. As a result of the collision, Plaintiff Larry Pichon, Patricia Pichon's husband, has sustained the loss of consortium and the services of his wife in their marital relationship, as well as the loss of his wife's services to their household.

17. As a result of the collision. Plaintiff Patricia Pichon, Larry's wife, has sustained the loss of consortium and the services of her husband in their marital relationship. As well as the loss of her husband's services to their household.

18. As a result of the collision, Plaintiffs seek damages that will adequately compensate them for their damages, medical expenses, pain, suffering, loss of income, loss of consortium, and loss of services.

WHEREFORE, Plaintiffs pray for judgment against the Defendants Abdiwald M Isee and Prime Transport, LLC in an amount that will compensate Plaintiffs for their injuries, medical expenses, pain and suffering, loss of income, both past and future, loss of consortium, loss of services and for all other just and proper relief in the premises.

_____
Rodney V, Taylor, Attorney No. 536-49

### REQUEST FOR JURY TRIAL

Plaintiff respectfully request a trial of the above cause by a jury.

_____
Rodney V, Taylor, Attorney No. 536-49

CHRISTOPHER & TAYLOR
1219 N. Delaware Street
Indianapolis, IN 46206
317-635-9000
317-686-2200